IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND W. COBB and<br>RAYMOND W. COBB, LLC, a Delaware<br>Limited Liability Company,<br><br>        Plaintiffs,<br>v.<br><br>MCGIVNEY & KLUGER, P.C., a<br>Foreign Professional Corporation,<br><br>        Defendant. | :<br>:<br>:  C.A. No. 1:08-CV-123<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Jeffrey M. Weiner, Esquire, 1332 King Street, Wilmington, Delaware 19801 on behalf of Plaintiffs, Raymond W. Cobb and Raymond W. Cobb, LLC.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
Counsel for Plaintiffs

DATED:    March 11, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the **Entry of Appearance** were E-served this 11th day of March 2008, as follows:

MARY F. HIGGINS, ESQUIRE #4179
McGivney & Kluger, P.C.
1001 North Jefferson Street, Suite 208
Wilmington, Delaware 19801

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
**Counsel for Plaintiffs**