## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RAYMOND W. COBB and** | : | |
| **RAYMOND W. COBB, LLC, a Delaware** | : | |
| **Limited Liability Company,** | : | **C.A. No. 1:08-CV-123** |
| | : | |
| **Plaintiffs,** | : | |
| **v.** | : | |
| | : | |
| **MCGIVNEY & KLUGER, P.C., a** | : | |
| **Foreign Professional Corporation,** | : | |
| | : | |
| **Defendant.** | : | |

### DECLARATION PURSUANT TO FRCP 7.1(a)

I hereby declare under penalty of perjury that Plaintiff Raymond W. Cobb, LLC

is: (a) a non-governmental party; (b) that it has no parent corporation; and (c) that no

publicly-traded corporation owns 10% or more of its corporate stock or other ownership.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing

statements made by me are true and I am aware that if they are willfully false, I am

subject to punishment.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware  19801
(302) 652-0505
Counsel for Plaintiffs

**DATED:    March 11, 2008**

## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of **Declaration Pursuant**

**to FRCP 7.1(a)** were E-served this 11th day of March 2008, as follows:

**MARY F. HIGGINS, ESQUIRE #4179**
**McGivney & Kluger, P.C.**
**1001 North Jefferson Street, Suite 208**
**Wilmington, Delaware 19801**

 

                                  **/s/ JEFFREY M. WEINER, ESQUIRE #403**
                                  **JEFFREY M. WEINER, ESQUIRE #403**
                                  **1332 King Street**
                                  **Wilmington, Delaware 19801**
                                  **(302) 652-0505**
                                  **Counsel for Plaintiffs**