## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**McGIVNEY & KLUGER, P.C.**
Mary F. Higgins (No. 4179)
1001 North Jefferson Street, Suite 208
Wilmington, DE 19801
(302) 225-0458 – Telephone
(302) 777-4111– Facsimile
Attorneys for Defendant

| | |
|---|---|
| RAYMOND W. COBB and RAYMOND W. COBB, LLC, A Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>McGIVNEY & KLUGER, P.C., A Foreign Professional Corporation<br><br>Defendant. | **MOTION FOR ADMISSION OF WILLIAM D. SANDERS *PRO HAC VICE*** <br><br>**Civil Action No. 08-cv-00123 (TBA)** |

Defendant McGivney & Kluger, P.C. ("MK"), by and through the undersigned attorneys, Pursuant to Local Rule 83.5 and the attached Declaration, counsel moves the admission *pro hac vice* of William D. Sanders to represent in this matter.

                                                       **McGIVNEY & KLUGER, P.C.**

                                                       */s/ Mary F. Higgins*
                                                       Mary F. Higgins (DE Id. No. 4179)
                                                       1001 N. Jefferson Street
                                                       Suite 208
                                                       Wilmington, DE 19801
                                                       Telephone:  (302) 225-0458
                                                       Facsimile:   (302) 777-4111
                                                       Attorney for Defendant

Dated: March 13, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

McGIVNEY & KLUGER, P.C.
Mary F. Higgins (No. 4179)
1001 North Jefferson Street, Suite 208
Wilmington, DE  19801
(302) 225-0458 – Telephone
(302) 777-4111– Facsimile
Attorneys for Defendant

| | |
|---|---|
| RAYMOND W. COBB and RAYMOND W. COBB, LLC, A Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>McGIVNEY & KLUGER, P.C., A Foreign Professional Corporation<br><br>Defendant. | **DECLARATION OF WILLIAM D. SANDERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***<br><br>Civil Action No. 08-cv-00123 (TBA) |

I, William D. Sanders, declare under penalty of perjury as follows:

1. Pursuant to Local Rule 83.5, I declare under penalty of perjury pursuant to 28 U.S.C.§ 1746 that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York, and the United States District Courts for the Districts of New Jersey, the District of Columbia, and the Southern, Eastern and Northern Districts of New York.

2. Pursuant to Local Rule 83.6, I submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

3. ]I am generally familiar with this Court's Local Rules.

4. I will affiliate myself for purpose of this matter with Mary F. Higgins, Esq., DC

Bar No. 4179, as local counsel.

5. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 shall be paid to the Clerk of Court upon the filing of this motion.

I declare that the foregoing statements made by me are true. I am aware that if they are willfully false, I am subject to punishment.

By: _____
William D. Sanders

Dated: March 13, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**McGIVNEY & KLUGER, P.C.**
Mary F. Higgins (No. 4179)
1001 North Jefferson Street, Suite 208
Wilmington, DE 19801
(302) 225-0458 – Telephone
(302) 777-4111– Facsimile
Attorneys for Defendant

| | |
|---|---|
| RAYMOND W. COBB and RAYMOND W. COBB, LLC, A Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>McGIVNEY & KLUGER, P.C., A Foreign Professional Corporation<br><br>Defendant. | **ORDER GRANTING MOTION OF WILLIAM D. SANDERS FOR ADMISSION** *PRO HAC VICE*<br><br>**Civil Action No. 08-cv-00123 (TBA)** |

      IT IS HEREBY ORDERED that defendant's motion for admission of William D. Sanders to the Bar of this Court *pro hac vice* is granted.

Date: _____                _____
                                                                              United States District Judge