# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND W. COBB and | : | |
| RAYMOND W. COBB, LLC | : | |
| | : | **1:08-cv-00123-GMS** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| MCGIVNEY & KLUGER, P.C. | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                        ) SS.
NEW CASTLE COUNTY )

**BE IT REMEMBERED** that on this 18th day of April 2008, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **JEFFREY M. WEINER, ESQUIRE**, who being by me duly sworn according to law, did depose and say:

1.      He is counsel of record for the Plaintiffs herein;

2.      His Affidavit is made on behalf of the Plaintiffs herein;

3.      The Notice required by 10 Del.C. Section 3104 (Exhibit A) was mailed on April 11, 2008 and was mailed by Registered Mail (Exhibit B);

4.      The envelope containing the requisite Notice was received by Defendant, as indicated on the envelope, as reflected upon and incorporated herein as Exhibit C;

5.      The Notice required by 10 Del.C. Section 3104 was contained in the envelope at the time it was mailed;

6.    The Receipt attached to this Amended Complaint as Exhibit B is the Receipt which was obtained at the time of mailing by the person mailing the envelope containing the Notice; and

7.    The envelope and Notice were received by Defendant on April 14, 2008 and the Receipt thereof was received by Plaintiffs' counsel on April 16, 2008.


_____
JEFFREY M. WEINER, ESQUIRE


**SWORN TO AND SUBSCRIBED BEFORE ME** the day and year aforesaid.


_____
**NOTARY PUBLIC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RAYMOND W. COBB and** | : | |
| **RAYMOND W. COBB, LLC, a Delaware** | : | |
| **Limited Liability Company,** | : | **C.A. No. 1:08-CV-123** |
| | : | |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| **MCGIVNEY & KLUGER, P.C., a** | : | |
| **Foreign Professional Corporation,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

**TO:**   MC GIVNEY & KLUGER, P.C.
       Attention:  William D. Sanders, Jr.
       23 Vreeland Road, Suite 220
       Florham Park, New Jersey  07932

You are hereby notified, pursuant to 10 <u>Del.C.</u> Section 3104 that service has been effectuated under the Delaware Personal Jurisdiction Over Non-Residents Act.

In accordance with this Statute, we are enclosing a copy of the Summons and Complaint as served on the Secretary of the State of Delaware.

You are further informed that service of the original of such process has been made upon the Secretary of State of the State of Delaware and that, under the provisions of this Section (10 <u>Del.C.</u> Section 3104), such service is as effectual for all intent and purposes as if it had been made upon you, as a non-resident, personally within the State.

EXHIBIT A

Lastly, please note that, as set forth in the Summons, you have 20 days after service to answer, move or otherwise respond to the Complaint and that if you fail to do so, judgment by default may be directed and entered against you. You should consult with legal counsel of your choice forthwith.

/s/ JEFFREY M. WEINER, ESQUIRE #403

JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
Counsel for Plaintiffs

DATED:     April 11, 2008

EFiled: Feb 27 2008 10:0⟨ ⟩EST
Transaction ID 18763199
Case No. 08C-02-368 TBA

SUMMON

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

RAYMOND W. COBB and
RAYMOND W. COBB, LLC, a Delaware
Limited Liability Company,

            Plaintiffs,

    v.

MCGIVNEY & KLUGER, P.C., a
Foreign Professional Corporation,

            Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

C.A. No. 08C-02-

NON-ARBITRATION

JURY TRIAL OF 12 DEMANDED

RECEIVED
& FILED

MAR 1 7 2008
9:12

Secretary of State

THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY
YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Jeffrey M. Weiner, Plaintiff's attorney, whose address is 1332 King Street, Wilmington, Delaware 19801, an answer to the Complaint (and, if the Complaint contains a specific notation requiring the Defendant to answer any or all allegations of the Complaint by affidavit, an affidavit of defense).

    To serve upon Defendant a copy hereof and of the Complaint.

Dated: 3/6/08

                    SHARON AGNEW
                    Prothonotary

                    Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an answer to the Complaint (and, if the Complaint contains a specific notation requiring the Defendant to answer any and all allegations of the Complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint.

                    SHARON AGNEW
                    Prothonotary

                    Per Deputy

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT

this day, Monday, March 17, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

MCGIVNEY & KLUGER

and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

Higdon

Jim Higdon
Sheriff of Kent County

SUPERIOR COURT
OFFICE OF THE PROTHONOTARY
500 N. King Street, Suite 500
Wilmington, DE 19801-3746
020310

"Official Business, Penalty For Private Use $300"

Jeffrey Weiner, Esq.
08C-02-368
08C-02-264

Rec
4/7/10



IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

RAYMOND W. COBB and
RAYMOND W. COBB, LLC, a Delaware
Limited Liability Company,

      Plaintiffs,

  v.

MCGIVNEY & KLUGER, P.C., a
Foreign Professional Corporation,

      Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

C.A. No. 08C-02-

NON-ARBITRATION

JURY TRIAL OF 12 DEMANDED

## COMPLAINT

1. Plaintiff, Raymond W. Cobb is an individual who is a Member of the Bar of the State of Delaware and is a resident of the State of Delaware.

2. Plaintiff, Raymond W. Cobb, LLC is a Limited Liability Company of the State of Delaware and at all time material hereto did business in the State of Delaware.

3. Defendant, McGivney & Kluger, P.C. (hereinafter "M&K"), upon information and belief, at all times material hereto, is a foreign professional corporation formed under the laws of the State of New Jersey, which did business in the State of Delaware but failed to qualify to do so . Service of process may be made upon Defendant M&K by serving the Secretary of the State of Delaware pursuant to 10 *Del.C.* §3104.

4. Beginning on or about January 1, 2007 and continuing thereafter, Defendant employed Plaintiff Raymond W. Cobb as an attorney on behalf of itself and its clients and Defendant agreed to pay Plaintiff at the rate of $125.00 per hour.

5.    Plaintiff Raymond W. Cobb performed legal services on behalf of Defendant and its clients. Plaintiff submitted timesheets and/or bills for the time spent working on matters for Defendant and has made repeated demands for the agreed upon compensation. To date, Defendant has made no payments to either Plaintiff.

## COUNT I

6.    Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 5 of the Complaint as if set forth at length therein.

7.    Plaintiff Raymond W. Cobb was employed as an attorney by Defendant on behalf of itself and its clients. Plaintiff and Defendant agreed that Plaintiff would be paid at the rate of $125.00 per hour. Plaintiff has submitted billing statements and/or time sheets for the time Plaintiff worked which total $165,025.00.

8.    Despite repeated written and oral requests for payment beginning in May, 2007, no wages have been paid Plaintiff. More than 30 days has passed for all demands for payment.

9.    Pursuant to 19 *Del. C.* §1101 *et seq.* Plaintiff brings this action for aforementioned wages and the penalties, interest and attorney's fees as provided by the statute.

**WHEREFORE**, Plaintiff demands judgment in his favor in the amount of $330,050.00 (wages $165,025.00 and penalties of $165,025.00) together with pre- and post-judgment interest at the maximum rate allowed pursuant to 6 *Del.C.* §2301, costs of this suit, and attorney's fees.

2

## COUNT II

10.    Plaintiffs incorporate by reference the allegations contained in Paragraphs 1 through 5 of the Complaint as if set forth at length therein.

11.    Plaintiffs and defendant entered into a contract for Plaintiffs to perform legal services for it at the rate of $125.00 per hour.  Plaintiffs performed the requested legal services for Defendant and has submitted invoices for fees and cost totaling $167,789.62.

12.    Defendant, without any justification, and despite demand, has failed to pay any of the invoices submitted and therefore has breached its contract with Plaintiffs.

13.    As a further consequence of Defendant's refusal and/or failure to honor its contractual obligations, Plaintiffs have sustained consequential damages in an amount to be determined.

**WHEREFORE,** Plaintiffs demand  judgment in their favor in the amount of $167,789.62 together with pre- and post-judgment interest at the maximum rate allowed pursuant to 6 *Del.C.* §2301, consequential damages and costs of this suit.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware  19801
(302) 652-0505
**Counsel for Plaintiffs**

**DATED:**        February 26, 2008

3



IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

RAYMOND W. COBB and          :
RAYMOND W. COBB, LLC, a Delaware :
Limited Liability Company,    :        C.A. No. 08C-02-
                              :
          Plaintiffs,         :        NON-ARBITRATION
     v.                       :
                              :        JURY TRIAL OF 12 DEMANDED
MCGIVNEY & KLUGER, P.C., a    :
Foreign Professional Corporation, :
                              :
          Defendant.          :

## CERTIFICATE OF VALUE

I, **JEFFREY M. WEINER**, attorney for Plaintiffs Raymond W. Cobb and Raymond W. Cobb, LLC, hereby certify in good faith at this time in my opinion that the sum of damages pled in the Counterclaim is in excess of $100,000.00 exclusive of costs and interests.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
Counsel for Plaintiffs

DATED:    February 26, 2008

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:    N    K    S

Civil Case Code ____ CDBT ____

CIVIL ACTION NUMBER:    C8C-029 _____

Civil Case Type __ Debt/Breach of Contract __

(SEE REVERSE SIDE FOR CODE AND TYPE)

| Caption:<br><br>RAYMOND W. COBB and RAYMOND W.<br><br>COBB, LLC,<br><br>            Plaintiffs,<br><br>          v.<br><br>MC GIVNEY & KLUGER, P.C.,<br><br>          Defendant. | Name and Status of Party filing document:<br><br>Raymond W. Cobb, et al., Plaintiffs<br><br>Document Type:(E.G.; COMPLAINT;ANSWER WITH COUNTERCLAIM)<br><br>Complaint<br><br>Non-Arbitration __XX__<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration ___ Mediation ___ Neutral Assessment ___<br>DEFENDANT (CIRCLE ONE)   **ACCEPT**   **REJECT**<br>JURY DEMAND  YES __XX__ No ____<br><br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>**EXPEDITED**   (**STANDARD**)   **COMPLEX** |
| ATTORNEY NAME(S):<br><br>Jeffrey M. Weiner, Esquire<br><br>ATTORNEY ID(S):<br><br>#403<br><br>FIRM NAME:<br><br>Law Offices of Jeffrey M. Weiner, P.A.<br><br>ADDRESS:<br><br>1332 King Street<br><br>Wilmington, Delaware   19801<br><br>TELEPHONE NUMBER:<br><br>(302) 652-0505<br><br>FAX NUMBER:<br><br>(302) 652-7824<br><br>E-MAIL ADDRESS:<br><br>LegalW@aol.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 6/2002



IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

RAYMOND W. COBB and           :
RAYMOND W. COBB, LLC, a Delaware :
Limited Liability Company,        :
                                :   C.A. No. 08C-02-
              Plaintiffs,     :
                                :   NON-ARBITRATION
    v.                     :
                                :   JURY TRIAL OF 12 DEMANDED
MCGIVNEY & KLUGER, P.C., a      :
Foreign Professional Corporation,  :
                                :
            Defendant.     :

### PRAECIPE

PLEASE ISSUE a Summons and serve a copy of the Complaint upon Defendant, McGivney & Kluger, P.C. by serving the Secretary of the State of Delaware pursuant to 10 *Del.C.* §3104.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware  19801
(302) 652-0505
Counsel for Plaintiffs

DATED:    February 26, 2008

SUMMON

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

RAYMOND W. COBB and
RAYMOND W. COBB, LLC, a Delaware
Limited Liability Company,

                Plaintiffs,

v.

MCGIVNEY & KLUGER, P.C., a
Foreign Professional Corporation,

                Defendant.

C.A. No. 08C-02-

NON-ARBITRATION

JURY TRIAL OF 12 DEMANDED

THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY
YOU ARE COMMANDED:

      To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Jeffrey M. Weiner, Plaintiff's attorney, whose address is 1332 King Street, Wilmington, Delaware 19801, an answer to the Complaint (and, if the Complaint contains a specific notation requiring the Defendant to answer any or all allegations of the Complaint by affidavit, an affidavit of defense).

      To serve upon Defendant a copy hereof and of the Complaint.

Dated:

**SHARON AGNEW**
**Prothonotary**

_____
**Per Deputy**

**TO THE ABOVE NAMED DEFENDANT:**
      In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an answer to the Complaint (and, if the Complaint contains a specific notation requiring the Defendant to answer any and all allegations of the Complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint.

**SHARON AGNEW**
**Prothonotary**

_____
**Per Deputy**

From: LexisNexis File & Serve <efile@fileandserve.lexisnexis.com>
To: LegalW@aol.com
Subject: Case: 08C-02-368 TBA; Transaction: 18763199 New Case Accepted
Date: Thu, 28 Feb 2008 10:54 am

To: Jeffrey M Weiner
Subject: Notice of Accepted New Case

DE Superior Court-New Castle County has accepted a transaction in 08C-02-368
TBA. This case, 08C-02-368 TBA, is now available for subsequent transactions and
you may now serve parties in this case via LexisNexis File & Serve.

The details for this transaction are listed below.

Court:                    DE Superior Court-New Castle County
Case Name:                Cobb, Raymond W vs McGivney & Kluger PC
Case Number:              08C-02-368 TBA
Transaction ID:           18763199
Authorized Date/Time:     Feb 27 2008 10:01AM EST
Authorizer:               Jeffrey M Weiner
Authorizer's Organization: Weiner, Jeffrey M
Sending Parties:

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).

**From:** LexisNexis File & Serve <efile@fileandserve.lexisnexis.com>
**To:** LegalW@aol.com
**Subject:** Case: ; Transaction: 18763199 Transaction Receipt
**Date:** Wed, 27 Feb 2008 10:02 am


To: Sharon L Sample
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "File Only". The details for this transaction are listed below.

```
Court:                   DE Superior Court-New Castle County
Case Name:               Raymond W. Cobb v. McGivney & Kluger, P.C.
Case Number:
Transaction ID:          18763199
Document Title(s):
    Complaint (3 pages)
    Case Information Statement (1 page)
    Praecipe (1 page)
    Summons (1 page)
    Certificate of Value (1 page)
Authorized Date/Time:    Feb 27 2008 10:01AM EST
Authorizer:              Jeffrey M Weiner
Authorizer's Organization:  Weiner, Jeffrey M
Sending Parties:
    Cobb, Raymond W.
    Raymond W. Cobb, LLC
```

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).

EFiled: Feb 27 2008 10:01
Transaction ID 18763199
Case No. 08C-02-368 TBA
SUMMON

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

RAYMOND W. COBB and     :
RAYMOND W. COBB, LLC, a Delaware :
Limited Liability Company,     :    C.A. No. 08C-02-
                                        :
         Plaintiffs,     :    NON-ARBITRATION
      v.                     :    JURY TRIAL OF 12 DEMANDED
                                        :
MCGIVNEY & KLUGER, P.C., a     :    **RECEIVED**
Foreign Professional Corporation,     :    & FILES
                                        :
         Defendant.     :    MAR 17 2008
                                              9:12

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF KENT COUNTY**                Secretary of State
**YOU ARE COMMANDED:**

      To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Jeffrey M. Weiner, Plaintiff's attorney, whose address is 1332 King Street, Wilmington, Delaware 19801, an answer to the Complaint (and, if the Complaint contains a specific notation requiring the Defendant to answer any or all allegations of the Complaint by affidavit, an affidavit of defense).

      To serve upon Defendant a copy hereof and of the Complaint.

Dated: 3/6/08

                                      SHARON AGNEW
                                      Prothonotary

                                      Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

      In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an answer to the Complaint (and, if the Complaint contains a specific notation requiring the Defendant to answer any and all allegations of the Complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint.

                                      SHARON AGNEW
                                      Prothonotary

                                      Per Deputy

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT

this day, Monday, March 17, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

MCGIVNEY & KLUGER

and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

Higdon

Jim Higdon
Sheriff of Kent County

SUPERIOR COURT
OFFICE OF THE PROTHONOTARY
500 N. King Street, Suite 500
Wilmington, DE 19801-3746
020310

"Official Business, Penalty For Private Use $300"

Jeffrey Werner, Esq.
08C-02-368
08C-02-264

Rec
4/27/0



EFiled: Feb 27 2008 10:0...
Transaction ID 18763199
Case No. 08C-02-368 TBA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| RAYMOND W. COBB and | : | |
| RAYMOND W. COBB, LLC, a Delaware | : | |
| Limited Liability Company, | : | C.A. No. 08C-02- |
| | : | |
| Plaintiffs, | : | NON-ARBITRATION |
| v. | : | |
| | : | JURY TRIAL OF 12 DEMANDED |
| MCGIVNEY & KLUGER, P.C., a | : | |
| Foreign Professional Corporation, | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

1.     Plaintiff, Raymond W. Cobb is an individual who is a Member of the Bar of the State of Delaware and is a resident of the State of Delaware.

2.     Plaintiff, Raymond W. Cobb, LLC is a Limited Liability Company of the State of Delaware and at all time material hereto did business in the State of Delaware.

3.     Defendant, McGivney & Kluger, P.C. (hereinafter "M&K"), upon information and belief, at all times material hereto, is a foreign professional corporation formed under the laws of the State of New Jersey, which did business in the State of Delaware but failed to qualify to do so . Service of process may be made upon Defendant M&K by serving the Secretary of the State of Delaware pursuant to 10 *Del.C.* §3104.

4.     Beginning on or about January 1, 2007 and continuing thereafter, Defendant employed Plaintiff Raymond W. Cobb as an attorney on behalf of itself and its clients and Defendant agreed to pay Plaintiff at the rate of $125.00 per hour.

5.      Plaintiff Raymond W. Cobb performed legal services on behalf of Defendant and its clients. Plaintiff submitted timesheets and/or bills for the time spent working on matters for Defendant and has made repeated demands for the agreed upon compensation. To date, Defendant has made no payments to either Plaintiff.

## COUNT I

6.      Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 5 of the Complaint as if set forth at length therein.

7.      Plaintiff Raymond W. Cobb was employed as an attorney by Defendant on behalf of itself and its clients. Plaintiff and Defendant agreed that Plaintiff would be paid at the rate of $125.00 per hour. Plaintiff has submitted billing statements and/or time sheets for the time Plaintiff worked which total $165,025.00.

8.      Despite repeated written and oral requests for payment beginning in May, 2007, no wages have been paid Plaintiff. More than 30 days has passed for all demands for payment.

9.      Pursuant to 19 *Del. C.* §1101 *et seq.* Plaintiff brings this action for aforementioned wages and the penalties, interest and attorney's fees as provided by the statute.

**WHEREFORE**, Plaintiff demands judgment in his favor in the amount of $330,050.00 (wages $165,025.00 and penalties of $165,025.00) together with pre- and post-judgment interest at the maximum rate allowed pursuant to 6 *Del.C.* §2301, costs of this suit, and attorney's fees.

2

## COUNT II

10.    Plaintiffs incorporate by reference the allegations contained in Paragraphs 1 through 5 of the Complaint as if set forth at length therein.

11.    Plaintiffs and defendant entered into a contract for Plaintiffs to perform legal services for it at the rate of $125.00 per hour.  Plaintiffs performed the requested legal services for Defendant and has submitted invoices for fees and cost totaling $167,789.62.

12.    Defendant, without any justification, and despite demand, has failed to pay any of the invoices submitted and therefore has breached its contract with Plaintiffs.

13.    As a further consequence of Defendant's refusal and/or failure to honor its contractual obligations, Plaintiffs have sustained consequential damages in an amount to be determined.

**WHEREFORE**, Plaintiffs demand judgment in their favor in the amount of $167,789.62 together with pre- and post-judgment interest at the maximum rate allowed pursuant to 6 *Del.C.* §2301, consequential damages and costs of this suit.

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
**Counsel for Plaintiffs**

**DATED:**    **February 26, 2008**

3

EFiled: Feb 27 2008 10:0[illegible]M EST
Transaction ID 18763199
Case No. 08C-02-368 TBA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| RAYMOND W. COBB and<br>RAYMOND W. COBB, LLC, a Delaware<br>Limited Liability Company, | : <br> : <br> : <br> : | C.A. No. 08C-02- |
| Plaintiffs, | : <br> : | NON-ARBITRATION |
| v. | : | |
| MCGIVNEY & KLUGER, P.C., a<br>Foreign Professional Corporation, | : <br> : <br> : | JURY TRIAL OF 12 DEMANDED |
| Defendant. | : <br> : | |

### CERTIFICATE OF VALUE

I, **JEFFREY M. WEINER,** attorney for Plaintiffs Raymond W. Cobb and Raymond W. Cobb, LLC, hereby certify in good faith at this time in my opinion that the sum of damages pled in the Counterclaim is in excess of $100,000.00 exclusive of costs and interests.

/s/ JEFFREY M. WEINER, ESQUIRE #403
**JEFFREY M. WEINER, ESQUIRE #403**
**1332 King Street**
**Wilmington, Delaware 19801**
**(302) 652-0505**
**Counsel for Plaintiffs**

**DATED:    February 26, 2008**

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

Transaction ID 13763199

COUNTY:  N  K  S

CIVIL ACTION NUMBER: ___C8C-02-__ 08C-02-368 TBA__

Civil Case Code ___CDBT___

Civil Case Type __Debt/Breach of Contract__

(SEE REVERSE SIDE FOR CODE AND TYPE)

---

**Caption:**

RAYMOND W. COBB and RAYMOND W.

COBB, LLC,

                    Plaintiffs,

        v.

MC GIVNEY & KLUGER, P.C.,

                    Defendant.

---

**Name and Status of Party filing document:**

Raymond W. Cobb, et al., Plaintiffs

Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)

Complaint

Non-Arbitration __XX__

(CERTIFICATE OF VALUE MAY BE REQUIRED)

Arbitration __  Mediation __    Neutral Assessment __

DEFENDANT (CIRCLE ONE)  **ACCEPT**    **REJECT**

JURY DEMAND  YES __XX__ No __

TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)

**EXPEDITED**    **STANDARD**    **COMPLEX**

---

**ATTORNEY NAME(S):**

Jeffrey M. Weiner, Esquire

**ATTORNEY ID(S):**

#403

**FIRM NAME:**

Law Offices of Jeffrey M. Weiner, P.A.

**ADDRESS:**

1332 King Street

Wilmington, Delaware  19801

**TELEPHONE NUMBER:**

(302) 652-0505

**FAX NUMBER:**

(302) 652-7824

**E-MAIL ADDRESS:**

LegalW@aol.com

---

IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS

EXPLAIN THE RELATIONSHIP(S):

OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE)

---

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 6/2002

EFiled: Feb 27 2008 10:0[...]
Transaction ID 18763199
Case No. 08C-02-368 TBA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

RAYMOND W. COBB and
RAYMOND W. COBB, LLC, a Delaware
Limited Liability Company,       :       C.A. No. 08C-02-

                                     :
          Plaintiffs,       :       NON-ARBITRATION
    v.                        :
                                    :       JURY TRIAL OF 12 DEMANDED
MCGIVNEY & KLUGER, P.C., a       :
Foreign Professional Corporation,       :
                                    :
          Defendant.       :

## PRAECIPE

PLEASE ISSUE a Summons and serve a copy of the Complaint upon Defendant, McGivney & Kluger, P.C. by serving the Secretary of the State of Delaware pursuant to 10 *Del.C.* §3104.

                                /s/ JEFFREY M. WEINER, ESQUIRE #403
                                JEFFREY M. WEINER, ESQUIRE #403
                                1332 King Street
                                Wilmington, Delaware  19801
                                (302) 652-0505
                                Counsel for Plaintiffs

DATED:     February 26, 2008



**Registered No.**

PR 104 101 755 US

**Date Stamp**

Reg. Fee 9.50

Handling Charge

Postage

Return Receipt 2.15

Restricted Delivery

Received by

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Post Office

APR 11 2008

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM
Jeffrey M. Weiner, Esq.
1332 King Street
Wilmington, DE 19801

#5720-1

TO
McGivney & Kluger, P.C.
ATTN: William P. Sanders Jr.
23 Vreeland Road Suite 220
Florham Park NJ 07932

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**, May 2004 (7530-02-000-9051)
**Receipt for Registered Mail**
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
(See Information on Reverse)

EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Zaino_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  _ZAINO_   C. Date of Delivery  _4/14/08_

1. Article Addressed to:   5720-1

Mc Givney & Kluger, P.C.
Attn: William D.
Sanders Jr.
23 Vreeland Road,
Suite 220
Florham Park, NJ 07932

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   RR 004 101 755 45

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

EXHIBIT C

## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the **Affidavit of Service** were E-served this 18th day of April 2008, as follows:

**MARY F. HIGGINS, ESQUIRE #4179**
**McGivney & Kluger, P.C.**
**1001 North Jefferson Street, Suite 208**
**Wilmington, Delaware 19801**

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
1332 King Street
Wilmington, Delaware 19801
(302) 652-0505
Counsel for Plaintiffs/Counterclaim Defendants