# THE LAW OFFICES OF JEFFREY M. WEINER
A PROFESSIONAL ASSOCIATION

August 11, 2008

**VIA E-SERVE**

The Honorable Gregory M. Sleet
Chief Judge of the United States District Court
844 North King Street
Wilmington, Delaware 19801

                Re:    <u>**Cobbs v. McGivney & Kluger, P.C.**</u>

Dear Chief Judge Sleet:

      I represent the Cobb Plaintiffs. Defendant McGivney & Kluger is represented by Mary Higgins, Esquire; however, lead counsel for the firm is William D. Sanders, Esquire from the Florham Park office.

      Mr. Sanders and I have conferred pertaining to the scheduling teleconference set for noon on August 28, 2008.

      Initially, I communicated with Mr. Sanders because I have had scheduled for some time the first week of what will likely be a two-week construction arbitration commencing on August 25 and continuing that week through August 29, 2008 from 9:00 a.m. to 5:00 p.m. This arbitration involves a two-attorney/one engineer panel, and there are three other attorneys representing the other three parties and five experts involved in the hearing. I inquired of Mr. Sanders if he had any objection to my requesting the Court to move the teleconference to the week of September 2, 2008.

      In turn, Mr. Sanders informed me that he will be traveling with his family beginning August 26 and returning on September 2; therefore, he not only agrees to, but actually joins in, the request for rescheduling, specifically, if available to the Court, some time on September 3, 4 or 5, 2008. We would be pleased to coordinate directly with Your Honor's scheduler if Your Honor would be agreeable to consider this request for rescheduling for the reasons set forth hereinabove.

                                        Respectfully submitted,

                                        /s/ Jeffrey M. Weiner, Esquire #403
                                        Jeffrey M. Weiner, Esquire #403

JMW/sls
#5720-1

    cc:    Mary F. Higgins, Esquire
              William Sanders, Esquire

1332 KING STREET, WILMINGTON, DELAWARE 19801
(302) 652-0505 • TELECOPIER (302) 652-7824 • E-MAIL: LegalW@aol.com